

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-17-00817-CR

Jayson Robert **SPONABLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-16-1291
Honorable Frank Follis, Judge Presiding

# O R D E R

The Appellant's Third Motion for Extension of Time to File Brief is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court